No. 82–33. HELEN MINING CO. ET AL. *v.* DONOVAN, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Motions of American Mining Congress and Cedar Coal Co. et al. for leave to file briefs as *amici curiae* granted. Certiorari de-

nied.